1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY WESTERFIELD, ET AL., ) | Case No.: C 09-01183 PVT |
| ) | |
| Plaintiffs, ) | **ORDER SETTING DEADLINE FOR PARTIES** |
| ) | **TO FILE EITHER A "CONSENT TO** |
| v. ) | **PROCEED BEFORE A UNITED STATES** |
| ) | **MAGISTRATE JUDGE," OR ELSE A** |
| LIBLIT ASSOCIATES LLC, ET AL., ) | **"DECLINATION TO PROCEED BEFORE A** |
| ) | **UNITED STATES MAGISTRATE JUDGE AND** |
| Defendants. ) | **REQUEST FOR REASSIGNMENT"** |
| _____ ) | |

On June 22, 2009, the parties filed a proposed consent decree and final order. This case has been assigned to a Magistrate Judge. Before the court takes any action on the proposed consent decree, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than August 7, 2009, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov.

ORDER, *page 1*

1   IT IS FURTHER ORDERED that the August 4, 2009 case management conference is
2   continued to September 29, 2009
3   Dated: July 29, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*